AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| JOANNE BROWN,<br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>  Defendant. | **JUDGMENT**<br>**CASE NO. 4:13-CV-137-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY **JANUARY 6, 2014** WITH A COPY TO:

Jonathan Biser (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)

| | |
|---|---|
| January 6, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |